EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Integración de las Salas de Despacho | 2016 TSPR 31 <br><br> 194 DPR ____ |

Número del Caso: ER-2016-2

Fecha: 25 de febrero de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re* Integración de las
Salas de Despacho

ES-2016-2

*RESOLUCIÓN*

San Juan, Puerto Rico, a 25 de febrero de 2016.

Según lo dispuesto en la Regla 4(d) del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-B, se constituyen las siguientes Salas de Despacho para que funcionen mientras el Pleno esté compuesto de ocho Juezas y Jueces:

*Primera Sala de Despacho*:

Hon. Maite D. Oronoz Rodríguez, Presidenta
Hon. Rafael L. Martínez Torres
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón

*Segunda Sala de Despacho:*

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Mildred G. Pabón Charneco
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otra Jueza u otro Juez que no forme parte de esa Sala. Tal designación se hará en orden sucesivo de antigüedad.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo